IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE K. LIGHTNER,<br><br>   Plaintiff,<br><br>   v.<br><br>CAREER EDUCATION CORPORATION;<br>WESTERN SCHOOL OF HEALTH AND<br>BUSINESS CAREERS; WESTERN SCHOOL<br>OF HEALTH AND BUSINESS CAREERS -<br>PITTSBURGH; and WESTERN SCHOOL<br>OF HEALTH AND BUSINESS CAREERS -<br>MONROEVILLE,<br><br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1411<br>)<br>) Hon. Gary L. Lancaster<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Plaintiff, Bonnie K. Lightner, and Defendants, Career Education Corporation, Western School of Health and Business Careers, Western School of Health and Business Careers – Pittsburgh, and Western School of Health and Business Careers – Monroeville, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned case pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Except as provided by agreement, the parties shall bear their own attorneys' fees and costs.

| | |
|---|---|
| /s/ Michael J. Betts<br>Michael J. Betts<br>Pa. I.D. No. 33378<br>BETTS LAW OFFICES<br>P.O. Box 111251<br>Pittsburgh, PA 15238<br>(412) 967-0464<br><br>Counsel for Plaintiff,<br>Bonnie K. Lightner | /s/ S. Beth Gollmar<br>S. Beth Gollmar<br>Pa. I.D. No. 94488<br>MORGAN LEWIS & BOCKIUS,<br> LLP<br>One Oxford Centre, 32nd Floor<br>Pittsburgh, PA 15219<br>(412) 560-3300<br><br>Counsel for Defendants |

SO ORDERED, this 18th day of September, 2007.

Gary L. Lancaster, U.S. District Judge